1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **PAUL STEVEN MAESTAS,** ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 10-1218 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

November 17, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge